158 A.3d 1182

CAPITAL HEALTH SYSTEM, INC., THE COMMUNITY HOSPITAL GROUP, INC. (T/A JFK MEDICAL CENTER), ST. LUKE'S WARREN HOSPITAL, INC., TRINITAS REGIONAL MEDICAL CENTER, PLAINTIFFS, AND CENTRASTATE MEDICAL CENTER, INC., HOLY NAME MEDICAL CENTER, INC., AND THE VALLEY HOSPITAL, INC., PLAINTIFFS–MOVANTS, v. HORIZON HEALTHCARE SERVICES, INC., DEFENDANT–RESPONDENT. SAINT PETER'S UNIVERSITY HOSPITAL, PLAINTIFF, v. HORIZON HEALTHCARE SERVICES, INC., DEFENDANT.

January 26, 2017

ORDER

It is ORDERED that the motion for leave to appeal is granted.

158 A.3d 1182

JOHN GIOVANNI GRANATA, PLAINTIFF, v. EDWARD F. BRODERICK, JR., ESQ., AN ATTORNEY AT LAW OF THE STATE OF NEW JERSEY, BRODERICK, NEWMARK & GRATHER, DEFENDANTS.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2928/3036–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.